NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUDOLPH TECHNOLOGIES, INC.,**
*Plaintiff-Appellee*

**v.**

**CAMTEK, LTD.,**
*Defendant-Appellant*

---

2015-1434

---

Appeal from the United States District Court for the District of Minnesota in No. 0:05-cv-01396-JRT-FLN, Judge John R. Tunheim.

---

**JUDGMENT**

---

DANIEL W. MCDONALD, Merchant & Gould P.C., Minneapolis, MN, argued for plaintiff-appellee. Also represented by RACHEL C. HUGHEY, MICHAEL A. ERBELE.

DANIEL HOWARD BROMBERG, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA, argued for defendant-appellant. Also represented by CLAUDE M. STERN; DAVID LEON BILSKER, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (MOORE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| February 3, 2016 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |